■ DIANE L. TRIGILIO, Respondent-Appellant, v JOSEPH R. TRIGILIO, Appellant-Respondent.

We have considered the remaining contentions of the parties and find them to be without merit. (Appeals from judgment of Supreme Court, Genesee County, Morton, J.—divorce.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.